IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MICHAEL PAUL GREVAS,<br><br>   Plaintiff,<br><br>vs.<br><br>LELAND DUDEK, Acting Commissioner of Social Security Administration,<br><br>   Defendant. | CV 25-33-H-KLD<br><br><br>**ORDER** |

Plaintiff moves for the admission of David F. Chermol to practice before this Court in this case with Eric Rasmusson to act as local counsel. Mr. Chermol's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit David F. Chermol pro hac vice is GRANTED on the condition that Mr. Chermol shall do his own work. This means that Mr. Chermol must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Local counsel may move for the admission pro hac vice of one (1) associate of Mr. Chermol's firm. Such

associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Chermol

    IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Chermol, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

    DATED this 17th day of April, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge