IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MICHAEL PAUL GREVAS,<br><br>    Plaintiff,<br><br>v.<br><br>Leland Dudek, Commissioner of Social Security,<br><br>    Defendant. | CV 25-33-H-JTJ<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded to the Agency, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Clerk shall enter judgment for Plaintiff.

DATED this 20th day of May 2025.

_____
John Johnston
United States Magistrate Judge