UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MICHAEL PAUL GREVAS,<br><br>               Plaintiff,<br><br>vs.<br><br>LELAND DUDEK, Commissioner of Social Security,<br><br>               Defendant. | Case No. CV-25-33-H-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the above-captioned case be reversed and remanded to the Agency.

    Dated this 20th   day of May, 2025

                           TYLER P. GILMAN, CLERK


                        By:   /s/ M. Stewart
                               Deputy Clerk