IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA

| | | |
|---|---|---|
| MICHAEL PAUL GREVAS, | ) | |
| | ) | 6:25-cv-00033-JTJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | **)** | |
| Defendant. | | |

Upon consideration of Plaintiff's unopposed motion for attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2414 *et seq.*, IT IS HEREBY ORDERED:

1. Defendant will pay Plaintiff a total of $1,200.50 in EAJA fees and $405.00 in total costs related to the PHV motion and filing fees. This award is payable to Plaintiff, not directly to their counsel. Payment will be mailed to Plaintiff's attorney at his office: David F. Chermol, Chermol & Fishman, LLC, 11450 Bustleton Avenue, Philadelphia, PA, 19116.

2. Defendant's payment of this award bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3. Defendant's payment of this award is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

DATED this 25th day of June 2025.

_____
John Johnston
United States Magistrate Judge